NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NANCY MELENDEZ CAMILO,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5069

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-183, Judge Charles F. Lettow.

---

**ON MOTION**

---

**ORDER**

Nancy Melendez Camilo moves for leave to file her appendix out of time and for reconsideration of the court's order dismissing her appeal for failure to file an appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

Camilo's motions are granted. The mandate is recalled, the dismissal order is vacated, and the appeal is reinstated. If the appendix has not already been submitted, it is due within 14 days of the date of filing of this order.

FOR THE COURT

NOV 3 0 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Michael D.J. Eisenberg, Esq.
     Jessica R. Toplin, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 3 0 2010

JAN HORBALY
CLERK